UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE HENRY MARTIN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:16CV9 JAR |
| | ) | |
| JAIME GOODWIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of plaintiff's amended complaint under 28 U.S.C. § 1915(e). After reviewing the complaint the Court finds that process should be issued on each of the defendants.

Under 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint filed in forma pauperis if it is frivolous, malicious, or fails to state a claim upon which relief can be granted.

Plaintiff brings this action under 42 U.S.C. § 1983. Plaintiff alleges that defendants, all of whom are or were parole officers with the Missouri Board of Probation and Parole, forced him to register as a sex offender regardless of the fact that he did not have a qualifying conviction. Plaintiff says he was not allowed to return home to be with his family, but that he was forced to reside in the St. Louis Community Release Center as a sex offender. And he claims he suffered other collateral consequences as a result of the registration. Plaintiff sues defendants in their individual capacities.

The Court finds that the complaint states a plausible claim for relief under § 1983. Therefore, the Court will direct the Clerk to serve process on defendants.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to serve process on defendants in accordance with the Court's waiver agreement with the State of Missouri.

Dated this 28th day of March, 2016.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE